UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

NICHOLAS P. SIMERSON,   Case No. 08-21681-dob
                        Chapter 7 Proceeding
     Debtor.            Hon. Daniel S. Opperman
_____/
BETH BAKER, Guardian of David Baker,
an incapacitated individual,

     Plaintiff,

v.                      Adversary Proceeding
                        Case No. 08-2107-dob
NICHOLAS P. SIMERSON,

     Defendant.
_____/

## ORDER REGARDING OPINION

For the reasons stated in an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED that the obligation of Defendant, Nicholas Simerson, to Beth Baker, as Guardian of David Baker, is a dischargeable debt pursuant to 11 U.S.C. § 523(a)(6) and § 727(a).

**Signed on October 27, 2009**

                                     **/s/ Daniel S. Opperman**
                                     **Daniel S. Opperman**
                                     **United States Bankruptcy Judge**